## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOSHUA ROGERS,

                         Plaintiff,                        24 **CIVIL** 7883 (LLS)

      -against-                                  **JUDGMENT**

TARGET CORP.,

                       Defendant.

------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated July 1, 2025, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff is warned that further vexatious or frivolous litigation in this Court may result in an order barring him from filing new actions IFP unless he receives prior permission. *See* 28 U.S.C. § 1651. Judgment is entered dismissing this case.

**Dated:**  New York, New York

      July 8, 2025

                                                                     **TAMMI M. HELWIG**

                                                                      **Clerk of Court**

                               **BY:**      *K. Mango*

                                                                      **Deputy Clerk**